IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **Plaintiff** | : |
| | : |
| vs. | : Case Number 7:02-CR-00002 (HL) |
| | : |
| **GERALD WILLIAMS,** | : |
| | : |
| **Defendant** | : |
| | : |

## ORDER UNSEALING CASE

On Motion of the United States of America, it is hereby ORDERED that the above-referenced case is hereby UNSEALED.

SO ORDERED, this 13th day of September, 2011.

    *s/ Hugh Lawson*
    HONORABLE HUGH LAWSON
    UNITED STATES DISTRICT JUDGE

**SO ORDERED,** this the   day of   , 2010.

s/ Hugh Lawson
**HUGH LAWSON**, Senior Judge
United States District Court